# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WALKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:01-CV-1223 CAS |
| GARY B. KEMPER, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED that** the Memorandum and Order of May 17, 2005 is **MODIFIED** as follows:

Footnote 1 on page one and the final order on page forty-one of the Memorandum and Order shall reflect that the Clerk of the Court will change the caption of this case to reflect the caption shown on the First Amended Complaint: <u>Jackie Walker v. Gary B. Kemper, Dora Schriro, I. Grimes, Bonita Morrow, Gene Stubblefield, Cameron Daniels, Joe Sampson, Joe Carter, Mark Cain, and Michael Blandford, defendants</u>.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall modify the docket entry for the Memorandum and Order of this date accordingly. [Doc. 129]

**SO ORDERED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  18th  day of May, 2005.