# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:01-CV-1223 CAS |
| ) | |
| GARY B. KEMPER, DORA SCHRIRO, ) | |
| I. GRIMES, BONITA MORROW, GENE ) | |
| STUBBLEFIELD, CAMERON DANIELS, ) | |
| JOE SAMPSON, JOE CARTER, MARK ) | |
| CAIN, and MICHAEL BLANDFORD, ) | |
| ) | |
| Defendants. ) | |

## AMENDED PARTIAL JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that judgment is entered in favor of defendants and against plaintiff on the following claims: (1) the due process claims in Count I to the extent that plaintiff sought to have the Policy declared unconstitutional; plaintiff's challenge to the disciplinary proceedings resulting from his positive urine tests; and plaintiff's claims that alleged state law violations constitute due process violations; (2) the Fourth Amendment claim in Count II that target urinalysis testing is per se unconstitutional; (3) the Fourth Amendment privacy claims in Count II; (4) the Eighth Amendment claims in Count III; (5) all claims under Article 1, § 21 of the Missouri Constitution; and (6) all claims for emotional distress damages.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants Schriro, Kempker, Grimes and Morrow are **DISMISSED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  31st  day of May, 2005.